*Miscellaneous Orders.*

No. 44.   FRAZIER *v.* UNITED STATES, 335 U. S. 497.   It is ordered that the first sentence of the last paragraph on page 7 of the slip opinion [335 U. S. at 505, lines 8–13], which begins "Given ten arbitrary choices among twenty-two prospective jurors . . . ," be, and it is hereby, amended to read as follows:

"Given ten arbitrary choices among twenty-two prospective jurors not disqualified for cause, of whom thirteen were Government employees and nine privately engaged, he knowingly, of his own right, rejected nine of the latter and with knowledge or the full opportunity to secure it accepted without challenge all but one of the former."

[The opinion was reported as amended in the bound volume of 335 U. S.]

*Certiorari Granted.   (See also No. 472, supra.)*

No. 476.   WOODS, HOUSING EXPEDITER, *v.* DURR.   C. A. 3d Cir.   Certiorari granted.   *Solicitor General Perlman* for petitioner.   *J. H. Thayer Martin* for respondent.

*Certiorari Denied.*

No. 402.   LOVE *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.   Petitioner *pro se.   Solicitor General Perlman, Robert S. Erdahl* and *Joseph M. Howard* for the United States.

No. 467.   MEYERS *v.* UNITED STATES.   United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.   *Robert T. Bushnell* and *William J. Butler* for petitioner.   *Solicitor General Perlman, Robert S. Erdahl* and *Joseph M. Howard* for the United States.

No. 468.   BARCOTT *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.   *Anthony M. Ursich* for petitioner.